UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   **CV 22-8910-MWF(MAAx)** | Date:  February 23, 2023 |
| Title   **Michael M. Kimbrew v. Bridgecrest Acceptance Corp., et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 7, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on March 7, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 13, 2023**.

- BY PLAINTIFF:  PROOF OF SERVICE of the Summons and Complaint on Defendants Loanme Inc., Daniels Jewelers, Capital One Bank, N.A., Jefferson Capital, and The Bank of Missouri.

    AND/OR

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file stipulations to extend the time within which those Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have been properly served and have not timely responded to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8910-MWF(MAAx)**                                    Date:  February 23, 2023

Title         **Michael M. Kimbrew v. Bridgecrest Acceptance Corp., et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 13, 2023** will result in the dismissal of this action against Defendants Loanme Inc., Daniels Jewelers, Capital One Bank, N.A., Jefferson Capital, and The Bank of Missouri.

IT IS SO ORDERED.

Plaintiff is reminded to review the Self-Representation Order (Docket No. 6) for additional information.

**PRO SE CLINIC**:  Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide advice to any party, including pro se litigants, *i.e.*, parties who are not represented by a lawyer.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

☒ **Los Angeles**
The Court notes that a party to this lawsuit does not have a lawyer.  Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 22-8910-MWF(MAAx)**                                        Date:  February 23, 2023

Title        **Michael M. Kimbrew v. Bridgecrest Acceptance Corp., et al.**

Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.